# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JENNIFER LOVELL,** | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:22-cv-00625-AMM |
| **GYANDEV, LLC,** | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

The Parties, by and through their counsel of record, acting with full, complete, and express authority, jointly stipulate to the dismissal of all claims asserted or that could be asserted WITH PREJUDICE, with no costs taxed.

*[signature]*
George W. Walker, III (asb-8497-a42g)
**Boles Holmes White LLC**
165 E. Magnolia Avenue, Suite 223
Auburn, Alabama 36830
Telephone: (334) 316-3446
Email: wwalker@bhw.law

/s/ Mitchel H. Boles
Mitchel H. Boles (asb-0813-s69m)
**Boles Holmes White LLC**
1929 Third Avenue North, Suite 500

Respectfully submitted,

*[signature]*
Edward I. Zwilling (asb-1564-l54e)
**Law Office of Edward I. Zwilling, LLC**
4000 Eagle Point Corporate Drive
Birmingham, Alabama 35242
Telephone: (205) 822-2701
Email: edwardzwilling@zwillinglaw.com
*Counsel for Plaintiff, Jennifer Lovell*

Birmingham, Alabama 35203
Telephone: (205) 502-2000
Email: mboles@bhw.law
*Counsel for Defendant Gyandev, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on  <u>June 23, 2022</u>, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, which will cause copies to be electronically served upon all counsel of record.

Edward I. Zwilling, Esq.
Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Drive
Birmingham, Alabama 35242
Email: edwardzwilling@zwillinglaw.com
*Counsel for Plaintiff*

<u>/s/ George W. Walker, III</u>
OF COUNSEL